IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SMART RF INC., | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 2:24-cv-197 |
| v. | § § | |
| | § | |
| T-MOBILE US, INC., T-MOBILE USA, INC., SPRINT LLC, SPRINT SOLUTIONS LLC, AND SPRINT SPECTRUM LLC | § § § § § | **JURY TRIAL DEMANDED** |
| DEFENDANTS. | § § | |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiff Smart RF Inc. in the above-captioned action, states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

1

Dated: March 19, 2024

Respectfully submitted,

*/s/ Patrick J. Conroy by permission Andrea Leigh Fair*

**Patrick J. Conroy**
Texas Bar No. 24012448
**Ryan P. Griffin**
Texas Bar No. 24053687
**Jonathan H. Rastegar**
Texas Bar No. 24064043
**Nathan L. Levenson**
Texas Bar No. 24097992
**NELSON BUMGARDNER CONROY PC**
2727 N. Harwood St., Suite 250
Dallas, TX 75201
pat@nelbum.com
ryan@nelbum.com
jon@nelbum.com
nathan@nelbum.com

*Of Counsel:*

Andrea L. Fair
Texas State Bar No. 24078488
E-mail: andrea@wsfirm.com
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Parkway
Longview, TX 75604
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)


**ATTORNEYS FOR PLAINTIFF SMART RF INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of March, 2024, a copy of the foregoing document was filed electronically via CM/ECF and therefore served on all counsel who are deemed to have consented to electronic service.

    /s/Andrea Leigh Fair
    Andrea Leigh Fair